```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 05311
    LAKESHA A COOPER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-0614


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/26/2007 and was confirmed 07/09/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  59.33% from remaining funds.

      The case was dismissed after confirmation 02/04/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME                  CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                   PAID              PAID
-------------------------------------------------------------------------------
 ILLINOIS DEPT OF REVENUE   PRIORITY            NOT FILED            .00               .00
 AMERICAN GENERAL FINANCE   UNSECURED           NOT FILED            .00               .00
 COMCAST                    UNSECURED           NOT FILED            .00               .00
 DIAGNOSTIC IMAGING ASSOC   UNSECURED           NOT FILED            .00               .00
 ICS INC                    UNSECURED           NOT FILED            .00               .00
 IL DEPT OF HUMAN SERVICE   UNSECURED           NOT FILED            .00               .00
 NCO MARLIN                 UNSECURED           NOT FILED            .00               .00
 RESURRECTION MEDICAL CEN   UNSECURED             1120.85            .00               .00
 SPRINT-NEXTEL CORP         UNSECURED             1100.35            .00               .00
 T MOBILE                   UNSECURED           NOT FILED            .00               .00
 ASSET ACCEPTANCE CORP      UNSECURED              352.56            .00               .00
 COMMONWEALTH EDISON        UNSECURED              217.52            .00               .00
 ST FRANCIS HOSPITAL        UNSECURED OTH         5196.00            .00               .00
 ERNESTO D BORGES JR        DEBTOR ATTY         2,000.00                           1,123.20
 TOM VAUGHN                 TRUSTEE                                                    76.80
 DEBTOR REFUND              REFUND                                                      .00

       Summary of Receipts and Disbursements:
 -------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
 -------------------------------------------------------------------------------
 TRUSTEE                   1,200.00

 PRIORITY                                             .00
 SECURED                                              .00
 UNSECURED                                            .00
 ADMINISTRATIVE                                  1,123.20
 TRUSTEE COMPENSATION                               76.80
 DEBTOR REFUND                                        .00
                         --------------        --------------
 TOTALS                    1,200.00              1,200.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 05311 LAKESHA A COOPER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 05311 LAKESHA A COOPER